**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 551 MAL 2019

          Respondent                       :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

        v.                              :

ROBERT WALTER WILLIAMS, JR.,        :

          Petitioner                        :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 552 MAL 2019

          Respondent                       :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

        v.                              :

ROBERT WALTER WILLIAMS, JR.,        :

          Petitioner                        :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 553 MAL 2019

          Respondent                       :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

        v.                              :

ROBERT WALTER WILLIAMS, JR.,        :

          Petitioner                        :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 554 MAL 2019

          Respondent                       :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

        v.                              :

ROBERT WALTER WILLIAMS, JR.,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 555 MAL 2019

      Respondent

              :  Petition for Allowance of Appeal
              :  from the Order of the Superior Court

      v.

ROBERT WALTER WILLIAMS, JR.,

      Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.

[551 MAL 2019, 552 MAL 2019, 553 MAL 2019, 554 MAL 2019 and 555 MAL 2019] - 2